UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:11-CR-133 |
| v. | ) | |
| | ) | JUDGE PHILLIPS |
| WILLIAM CLINT THORNELL | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, hereby files a sentencing memorandum and states that it has no additional information to add apart from that which is contained in the Presentence Investigation Report and the government's downward departure motion. However, the United States reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

Respectfully submitted this 29th day of May, 2013.

               WILLIAM C. KILLIAN
               UNITED STATES ATTORNEY

By:   *s/ Tracy L. Stone*
       TRACY L. STONE
       Assistant United States Attorney
       800 Market Street, Ste. 211
       Knoxville, TN 37902
       (865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on May 29, 2013, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              *s/ Tracy L. Stone*
                                              TRACY L. STONE
                                              Assistant United States Attorney